

**U.S. Department of Justice**

United States Attorney
Northern District of Iowa

*401 First Street S.E.*  (319) 363-6333
*Suite 400*  FAX (319) 363-1990
*Cedar Rapids, Iowa 52401-1825*  TTY (319) 286-9258

August 28, 2007

Honorable Paul A. Zoss
United States Chief Magistrate Judge
United States District Courthouse
320 6th Street
Sioux City, Iowa 51101

    Re:    *United States v. Jason Crom,* No. CR 07-2009-MWB

Dear Judge Zoss:

    I am writing in regard to the Rule 11 hearing in the above entitled matter which is presently scheduled to be held at 11:00 a.m. on August 30, 2007.

    The defendant has indicated he will enter into a plea agreement in which he has agreed to plead guilty to the one-count Indictment pending in CR 07-2009-MWB, charging him with Attempted Coercion and Enticement of a Minor in violation of 18 U.S.C. § 2422(b). I have not yet received a signed copy of the plea agreement.

## STATUTE

Title 18 U.S.C. § 2422 provides, in pertinent part:

> (b) Whoever, using the mail or any facility or means of interstate or foreign commerce, . . . knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined . . . and imprisoned. . .

    Under Iowa Code Section 709.4(2)(c)(4), a person commits sexual abuse in the third degree, a felony, when the person performs a sex act, including sexual intercourse, with a 14- or15-year-old female, not his wife, when the person is four or more years older than the 14- or 15-year-old female.

## ELEMENTS OF THE OFFENSES

The elements of Attempted Coercion and Enticement of a Minor, as charged in the Indictment are:

(1) On or about the date alleged, in the Northern District of Iowa, defendant knowingly attempted to persuade, induce, entice, or coerce a minor to engage in to engage in sexual intercourse in violation of Iowa Code Section 709.4(2)(c)(4), Sexual Abuse in the Third Degree;

(2) Defendant believed the minor he knowingly attempted to persuade, induce, entice, or coerce to engage in sexual intercourse in violation of Iowa Code Section 709.4(2)(c)(4), Sexual Abuse in the Third Degree was under the age of 16 years;

(3) Defendant was 46 years old at the time he knowingly attempted to persuade, induce, entice, or coerce the minor to engage in sexual intercourse in violation of Iowa Code Section 709.4(2)(c)(4), Sexual Abuse in the Third Degree; and

(4) Defendant used a facility or means of interstate or foreign commerce, namely the Internet, to so attempt to persuade, induce, entice, or coerce the minor.

## MAXIMUM PENALTIES

The offense of Attempted Coercion and Enticement of a Minor is punishable by the following maximum penalties: (1) at least 10 years' and up to life imprisonment without the possibility of parole; (2) a fine of up to $250,000; (3) a mandatory special assessment of $100; and (4) a term of supervised release of up to the remainder of his life.

## OTHER CONSEQUENCES OF DEFENDANT'S GUILTY PLEA

In addition to the possible penalties outlined above, the defendant will be required to provide a DNA sample and comply with all state sex offender registration laws.

## FACTUAL BASIS FOR THE PLEA

A factual basis for the plea is contained in the plea agreement, which will be forwarded separately to the court.

## PLEA AGREEMENT

It is anticipated that a copy of the plea agreement will be presented at the plea hearing.

I hope this information will be helpful to the Court for the plea taking.

Sincerely,

MATT M. DUMMERMUTH
United States Attorney

By: *(signature)*

SEAN R. BERRY
Assistant United States Attorney

cc: JoAnne M. Lilledahl, Esq.