IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-2009-MWB |
| ) | |
| Plaintiff, ) | UNITED STATES' SENTENCING |
| ) | MEMORANDUM |
| vs. ) | |
| ) | |
| JASON CROM, ) | |
| ) | |
| Defendant. ) | |

Defendant is to be sentenced following his guilty plea to one count of receipt of child pornography and one count of Attempted Coercion & Enticement of a Minor. The United States is not aware of any disputed guidelines issues that need to be resolved prior to the imposition of sentence.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: /s/Sean R. Berry

SEAN R. BERRY
Assistant United States Attorney
401 First Street, SE
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
Sean.Berry@usdoj.gov

1

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on November 20, 2007.

UNITED STATES ATTORNEY

BY: s/ *[signature]*

COPIES TO:
JoAnne Lilledahl, Esq.

2

Case 6:07-cr-02009-LTS-MAR   Document 24   Filed 11/20/07   Page 2 of 2